Certificate Number: 15322-TXS-DE-037135304

Bankruptcy Case Number: 22-33214



15322-TXS-DE-037135304

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2023, at 11:47 o'clock PM CST, Abraham N Garcia completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:  January 25, 2023       By:  /s/Keith Hughes

Name:  Keith Hughes

Title:  Certified Credit Counselor